ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| DATASCOPE CORP., | Case No.: 00–CV–1639 JMR/FLN |
| Plaintiff–Counterdefendant, | |
| v. | **JOINT STIPULATION TO EXTEND DATE OF SERVING EXPERT REPORTS** |
| VASCULAR SOLUTIONS, INC., | |
| Defendant–Counterclaimant. | |

The events of last week in New York and Washington, D.C., and particularly the interruption in air travel, have delayed completion of Expert Reports. The parties therefore stipulate that Expert Reports may be served and filed on or before September 21, 2001. The date for service of Rebuttal Reports will remain on or before October 15, 2001.

The parties respectfully request that the Court extend the deadlines as set forth above.

BRIOL & ASSOCIATES

DATED: September 17, 2001 By: ______________________
Scott A. Benson
Attorneys for Defendant/Counter-Plaintiff
VASCULAR SOLUTIONS, INC.

OPPENHEIMER WOLFF & DONNELLY, LLP

DATED: September 17, 2001 By: ______________________
Ernest Grumbles
Attorneys for Plaintiff
DATASCOPE CORPORATION

**SO ORDERED**

Dated: Oct. 12, 2001

______________________
Honorable Franklin L. Noel
United States Magistrate Judge

2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---


| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |