**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

DATASCOPE CORP.,

Plaintiff–Counterdefendant,

v.

VASCULAR SOLUTIONS, INC.,

Defendant–Counterclaimant.

Case No.: 00–CV–1639 JMR/FLN

**JOINT STIPULATION TO EXTEND DATE OF SERVING EXPERT REPORTS**

The parties stipulate that Expert Reports may be filed on or before September 17, 2001, and Rebuttal Reports may be filed on or before October 15, 2001.

The parties respectfully request that the Court extend the deadlines as set forth above.

BRIOL & ASSOCIATES

DATED: August 23, 2001

By: Scott A. Benson (#198419)
Attorneys for Defendant/Counter-Plaintiff
VASCULAR SOLUTIONS, INC.

OPPENHEIMER WOLFF & DONNELLY, LLP

DATED: August 27, 2001

By: Edward M. Laine
Edward M. Laine
Attorneys for Plaintiff
DATASCOPE CORPORATION

**SO ORDERED**

Dated: Sept 5, 2001

Franklin L. Noel
Honorable Franklin L. Noel
United States Magistrate Judge

SEP 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK