UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Datascope Corp., Plaintiff, v. Vascular Solutions, Inc., Defendant. | **Civil Action No. 00-1639 JMR/FLN** **ORDER** |

Before the Court is the parties' Joint Motion to Amend the Pretrial Schedule. Based upon the motion and memorandum, and good cause having been shown, the Court amends the Pretrial Schedule as follows:

1. All non-dispositive motions and supporting documents, including those that relate to discovery, shall be served by February 1, 2002.
2. Each party may depose no more than five expert witnesses on or before February 1, 2002.
3. All dispositive motions shall be filed no later than March 1, 2002.
4. The case shall be ready on or after May 1, 2002, at which time it will be placed on the Court's jury trial calendar.

Dated ____________, 2001

BY THE COURT:

______________________________
Chief Magistrate Judge Franklin L. Noel
United States District Court

JAN 24 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

TC2: 561065 v01 12/17/2001