UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Datascope Corporation,<br>Plaintiff,<br>v.<br>Vascular Solutions, Inc.,<br>Defendant. | **Civil Action No. 00-1639 JMR/FLN**<br><br>**STIPULATION** |

WHEREAS, in December 2001, the parties requested an amendment to the Pretrial Schedule to extend the time for filing dispositive motions to March 1, 2002, which request was approved by Magistrate Judge Noel in January 2002; and

WHEREAS, the parties then engaged in lengthy settlement discussions, which were conducted in good faith with the hope of resolution of the dispute; and

WHEREAS, the parties' settlement efforts have been unsuccessful; and

WHEREAS, there are important issues that the parties need to present to the Court through cross-motions for summary judgment; and

WHEREAS, the parties have reached agreement on a briefing schedule that would provide a reasonable framework for preparing memoranda and presenting the issues to the Court prior to the May 1, 2002 trial ready date,

the parties have agreed on, and jointly request that the Court approve, a briefing schedule as follows:

FILED
RICHARD D. SLETTEN, CLERK FEB - 5 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**Briefing Schedule for Dispositive Motions:**

1. The parties shall serve their initial dispositive motion memoranda no later than February 22, 2002.

2. The parties shall serve responsive memoranda no later than March 15, 2002.

3. The parties shall serve reply memoranda no later than March 22, 2002.

4. The parties shall file the complete sets of dispositive motion papers no later than March 25, 2002.

Dated: Feb. 1, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

By ______________________

Edward M. Laine, #59535
Craig J. Lervick, #225368
Ernest W. Grumbles, #274793
Plaza VII, Suite 3400
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

*ATTORNEYS FOR PLAINTIFF DATASCOPE CORPORATION*

Dated: 1/31/2002

**LYON & LYON, LLP**

By ______________________

John Kappos
1900 Main Street
Sixth Floor
Irvine, CA 92614-7319
(949) 567-2300

Scott A. Benson, #198419
3905 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

*ATTORNEYS FOR DEFENDANT VASCULAR SOLUTIONS, INC.*

**ORDER**

Before the Court is the parties' Stipulation for a dispositive motion briefing schedule. The Court has reviewed the parties' Stipulation and, finding it proper, does hereby enter it as an Order of the Court.

**IT IS SO ORDERED:**

Dated: Feb way 4th, 2002

James M. Rosenbaum
Chief United States District Judge



TC2: 567047 v02 02/01/2002