UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1639(JMR/FLN)

| | | |
|---|---|---|
| Datascope Corporation | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Vascular Solutions | ) | |

This matter is before the Court on defendant's motion to strike the Laine Affidavit and plaintiff's reply memorandum. Based on the files, records, and proceedings herein, defendant's motion is denied.

IT IS SO ORDERED.

Dated: August 14, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK