UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-1639 (JMR/FLN)

Datascope Corp. )
)
v. ) ORDER
)
Vascular Solutions, Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: December 6, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ___
DEPUTY CLERK'S INITIALS ___